# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMIR REZA OVEISSI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 03-cv-1197 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued this day, it is hereby

ORDERED that final judgment is entered in favor of plaintiff and against all defendants; it is furthermore

ORDERED that plaintiff is awarded $7,500,000 in compensatory damages, and that defendants shall be liable, jointly and severally, for that entire amount; it is furthermore

ORDERED that plaintiff shall, at his own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on March 8, 2011.